```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER DANIELS,                        :
                                            :      17-CV-7922 (AT) (RWL)
                            Petitioner,     :
                                            :
            - against -                     :      ORDER
                                            :
WILLIAM LEE, Superintendent,                :
                                            :
                            Respondent.     :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In light of Petitioner's letter dated January 11, 2021 (Dkt. 40), the Court withdraws the Report and Recommendation at Docket 39. The Court will issue a separate order regarding Petitioner's letter.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         January 25, 2021

Copies transmitted to all counsel of record and mailed to:

Christopher Daniels
DIN No. 13-A-3036
Eastern NY Correctional Facility
P.O. Box 338
Napanoch, NY 12458-0338

1