```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTOPHER DANIELS,                            :
                                                :         17-CV-7922 (AT) (RWL)
                              Petitioner,       :
                                                :
          - against -                           :         ORDER
                                                :
WILLIAM LEE, Superintendent,                    :
                                                :
                              Respondent.       :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has received Petitioner's letter dated January 11, 2021 (Dkt. 40). The Court understands the letter to be a request to amend the Petition to include additional claims pursued collaterally. By February 8, 2021, the State shall file a response to Petitioner's letter.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         January 25, 2021

Copies transmitted to all counsel of record and mailed to:

Christopher Daniels
DIN No. 13-A-3036
Eastern NY Correctional Facility
P.O. Box 338
Napanoch, NY 12458-0338

1