USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTOPHER DANIELS,                       :
                                           :            17-CV-7922 (AT) (RWL)
                            Petitioner,    :
                                           :
            - against -                    :            **ORDER**
                                           :
WILLIAM LEE, Superintendent,               :
                                           :
                            Respondent.    :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of the State's letter regarding Plaintiff's request to amend his petition. (Dkt. 43.)  To be clear, the Court's order dated January 25, 2021, did not grant Petitioner's request to amend.  Rather, it requested a response from the State to Petitioner's letter at Dkt 41. (Dkt. 42.)  The State now asks for a stay until the final decision issues on Plaintiff's collateral *coram nobis* proceedings.  That request is granted.  Accordingly:

1.  This action is stayed until final decision in Plaintiff's *coram nobis* proceedings.

2.  Within seven days following issuance of the final decision in Plaintiff's *coram nobis* proceedings, the State shall file and serve on Plaintiff a letter so informing the Court.

3.  Within 60 days following filing of the foregoing notification, Petitioner shall file a supplemental brief addressing any new issues from his collateral § 440 and *coram nobis* proceedings for which he seeks habeas relief.

4.  The State shall file its supplemental opposition within 60 days following Petitioner's supplemental brief.

5.    Petitioner may file a supplemental reply brief within 45 days following Petitioner's supplemental brief.

To be clear, the supplemental filings may address only new matters raised by the collateral § 440 or *coram nobis* proceedings.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:        New York, New York
              January 27, 2021

Copies transmitted to all counsel of record and mailed to:

Christopher Daniels
DIN No. 13-A-3036
Eastern NY Correctional Facility
P.O. Box 338
Napanoch, NY 12458-0338