```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER DANIELS,                          :
                                              :     17-CV-7922 (AT) (RWL)
                         Petitioner,          :
                                              :
         - against -                          :     ORDER
                                              :
WILLIAM LEE, Superintendent,                  :
                                              :
                         Respondent.          :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On April 30, 2021, Respondent provided notice that Petitioner's coram nobis proceedings in state court had reached final conclusion and attached documentation to show the same. Accordingly, pursuant to this Court's order previously issued at Dkt. 44:

1. The stay of this action is hereby LIFTED.

2. By June 29, 2021, Petitioner shall file a supplemental brief addressing any issues arising from his collateral Section 440 and coram nobis proceedings for which he seeks habeas relief.

3. By August 28, 2021, Respondent shall file any opposition to Petitioner's supplemental brief.

4. By October 12, 2021, Petitioner shall file any reply.

The supplemental filings may address only new matters raised by the collateral Section 440 and coram nobis proceedings.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 30, 2021
       New York, New York

Copies transmitted to all counsel of record and mailed to:

   Christopher Daniels
   DIN No. 13-A-3036
   Eastern NY Correctional Facility
   P.O. Box 338
   Napanoch, NY 12458-0338