```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTOPHER DANIELS,

                    Petitioner,

    - against -

WILLIAM LEE, Superintendent,

                    Respondent.
-------------------------------------------------------------X

17-CV-7922 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On February 9, 2022, the Court issued an order directing that any reply from Petitioner had to be filed by March 31, 2022. (Dkt. 58.) No reply has been filed, and Plaintiff has not requested an extension. Accordingly, the Court sua sponte extends Plaintiff's time to reply to April 30, 2022. If no reply is filed by that date, the Court will deem the matter fully submitted and decide the petition based on the existing record.

                    SO ORDERED.

                    _____
                    ROBERT W. LEHRBURGER
                    UNITED STATES MAGISTRATE JUDGE

Dated: April 11, 2022
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this Order to pro se Petitioner:

Christopher Daniels
DIN No. 13-A-3036
Fishkill Correctional Facility
Box 1245
Beacon, NY 12508

1