```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER DANIELS,

                Petitioner,

        -against-                                    17 Civ. 7922 (AT) (RWL)

WILLIAM LEE, SUPERINTENDENT. EASTERN NY       **ORDER**
CORRECTIONAL FACILITY

                Respondent.

ANALISA TORRES, District Judge:

      On June 29, 2022, the Court received a letter from Petitioner requesting an extension of time to file objections the report and recommendation filed by the Honorable Robert W. Lehrburger on June 6, 2022. ECF Nos. 60, 62. Petitioner's request is GRANTED. Accordingly, by **July 21, 2022**, Petitioner shall file any objections.

      SO ORDERED.

Dated: June 30, 2022
       New York, New York

                                                    ANALISA TORRES
                                               United States District Judge