```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER DANIELS,

          Petitioner,

-against-

WILLIAM LEE, SUPERINTENDENT. EASTERN NY CORRECTIONAL FACILITY,

          Respondent.

17 Civ. 7922 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 60, of the Honorable Robert W. Lehrburger, the Court reviewed the R&R for clear error and found none. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).[1]

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Petitioner's petition for a writ of habeas corpus is DENIED and the action is DISMISSED. The Clerk of Court is directed to close the case and mail a copy of this order to Petitioner *pro se*.

    SO ORDERED.

Dated: September 29, 2022
       New York, New York

ANALISA TORRES
United States District Judge

---

[1] The Court notes that Respondent asks the Court to "consider all of the arguments in [his] previously-filed memorandum of law, in addition to the reasons cited by . . . Judge Lehrburger." ECF No. 61. The Court does not consider this to be an objection to the R&R and does not find that consideration of these alternative arguments is necessary to resolve the petition.